# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EVELYN RIVERA,**

                **Plaintiff,**

**-vs-**                                                          **Case No.  6:05-cv-1906-Orl-22DAB**

**CITY OF ORLANDO,**

                **Defendant.**

_____

## ORDER

This cause is before the Court on Defendant's Motion for Attorney's Fees (Doc. No. 94) filed October 24, 2007, and on Plaintiff's Motion to Review Taxation of Costs (Doc. No. 99) filed on November 6, 2007.

The United States Magistrate Judge has submitted a report recommending that Defendant's Motion be denied without prejudice, and that Plaintiff's Motion be denied .

After an independent *de novo* review of the record in this matter, including the objections filed by the Defendant, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed December 5, 2007 (Doc. No. 102) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant's Motion for Attorney's Fees (Doc. No. 94) is **DENIED, without prejudice** to refile after the appeal, and should include a showing that the motion was timely.

3.      Plaintiff's Motion to Review Taxation of Costs (Doc. No. 99) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 8, 2008.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record

-2-